# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

128994

PATRICIA THOMAS and
ERNEST THOMAS,
        Plaintiffs-Appellees,

v

NEW MONROE BIG BOY, INC.,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128994
COA: 252444
Monroe CC: 02-015605-NO

      On order of the Court, the application for leave to appeal the May 19, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

s1208

Clerk